IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STUDENTS FOR LIFE USA,** * | |
| * | |
|    **Plaintiff,** * | |
| * | |
| v. * | |
| * | Case No. 1:14-cv-00157-WS-B |
| **TONY G. WALDROP,** in his official * | |
| capacity as President of the University of * | |
| South Alabama; et al., * | |
| * | |
|    **Defendants.** * | |
| * | |

## UNOPPOSED MOTION TO AMEND JUDGMENT

Defendants respectfully request that the Court modify and amend the Judgment entered on March 9, 2016 (Doc. 117) to delete reference in the final paragraph to Defendant John W. Steadman. Plaintiff made no claim in its Amended Complaint against Defendant Steadman in his official capacity with respect to the constitutionality of the Second Policy. (*See* Doc. 29, ¶ 62; *see also* Doc. 29, ¶¶ 28, 32, 39, 44, 56, and 58 (identifying Defendants Waldrop, Smith, and Mitchell as participants and approvers of the Second Policy and noting claims are made against them (but not Steadman) in their official capacities for injunctive and declaratory relief regarding the Second Policy.)) The only claim against Steadman that remained in this lawsuit following the Court's Order on the Defendants' Motion to Dismiss (Doc. 49) was an individual capacity claim for nominal damages relating to alleged viewpoint discrimination while the First Policy was in effect. It is undisputed that Defendant Steadman played no role in the development or adoption of the Second Policy, and Plaintiff made no claim against Defendant Steadman regarding the Second Policy. Plaintiff did not seek declaratory or injunctive relief against Defendant Steadman in his official capacity relating to the Second Policy, and the Court's

inclusion of Defendant Steadman in the last paragraph of the Judgment extends greater relief than requested.

Plaintiff's counsel (Travis Barham) has confirmed that Plaintiff does not oppose Defendants' request in this regard so that only Defendants Waldrop, Smith, and Mitchell are referenced in the final paragraph of the Judgment.

For these reasons, Defendants move the Court to modify the Judgment by deleting reference to Defendant Steadman in the final paragraph.

                                      Respectfully submitted,

                                      */s/ Windy C. Bitzer*
                                      WINDY C. BITZER (BITZ7315)
                                      CHRISTINE HARDING HART (HARTC5687)
                                      Attorneys for Defendants Tony G. Waldrop, John W. Smith, Michael A. Mitchell, and John W. Steadman

OF COUNSEL:

HAND ARENDALL LLC
RSA Tower, Suite 30200
11 North Water Street
Mobile, Alabama  36602
Post Office Box 123
Mobile, Alabama  36601
Telephone:   (251) 432-5511
Fax:          (251) 694-6375
E-Mail:       wbitzer@handarendall.com
                chart@handarendall.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 11, 2016, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF Filing system which will send notification of such filing to the following:

| | |
|---|---|
| Norman J. Gale, Jr.<br>Attorney at Law, LLC<br>818 Western America Drive<br>Mobile, Alabama 36609<br>njg@galeandgale.com | David J. Hacker<br>Alliance Defending Freedom<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 85630<br>dhacker@alliancedefendingfreedom.org |

David A. Cortman
Kevin H. Theriot
Travis C. Barham
Alliance Defending Freedom
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
dcortman@alliancedefendingfreedom.org
ktheriot@alliancedefendingfreedom.org
tbarham@alliancedefendingfreedom.org

                */s/ Windy C. Bitzer*