IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STUDENTS FOR LIFE USA, etc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0157-WS-B |
| | ) |
| **TONY G. WALDROP, etc., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AMENDED JUDGMENT

In accordance with the orders of Court dated February 22 and March 14, 2016, (Docs. 113, 116), the Court enters this declaratory judgment declaring that the Second Policy violates the Free Speech Clause of the First Amendment and the Due Process Clause of the Fourteenth Amendment to the extent that it purports to establish, or permits officials to establish, an inner boundary of the Perimeter areas of campus that encompass areas other than the following:

From the public sidewalk paralleling Old Shell Road, north to:
- the south edge of the parking lot south of Stanky Field, the soccer fields, and the softball/soccer fieldhouse (85, 79 and 104, respectively, on the campus map (Doc. 102-6));
- the south edge of the softball field and marching band drill field (101 and 62, respectively, on the campus map);
- the south edge of the parking lot east of the marching band drill field;
- the north edge of the small natural area east of the parking lot and west of Mitchell Center Drive;
- the south edge of the parking lot east of Mitchell Center Drive;

- the south edge of the parking lot east of the Baptist Student Center property (76 on the campus map);
- the south edge of the parking lot east of Jaguar Drive;
- the south edge of the utility structure east of the parking lot ( the one east of Jaguar Drive) and west of Shelby Hall; and
- the south edge of Shelby Hall (106 on the campus map).

From the public sidewalk paralleling University Boulevard, west to:

- the east edge of Shelby Hall;
- the east edge of the parking lot north of Shelby Hall;
- the east edge of Laidlaw Performing Arts Center (73 on the campus map);
- the triangles north and south of USA South Drive bordered by South Drive, University Boulevard, and the access lanes to and from South Drive;
- the east edge of the Tholos of Delphi replica (25 on the campus map);
- the east edge of the parking lot west of the Tholos of Delphi replica (except the area west of the east edge of the replica);
- the east edge of Administration Court (the semi-circular drive east of the F.P. Whiddon Administration Building (1 on the campus map));
- the east edge of the Instructional Lab Building ("ILB") (including portico) (60 on the campus map);
- the east edge of the parking lot north of the ILB;
- the east edge of Alpha Hall East (2 on the campus map) and the Alpha East Extension immediately south of Alpha Hall East;
- the east edge of the Allied Health and Nursing Building ("AHNB") (107 on the campus map) and the parking lot or other paved area immediately south of AHNB; and

- the triangle south of USA North Drive bordered by North Drive, University Boulevard, and the access lane from North Drive.

The defendants are permanently enjoined from enforcing the Second Policy's restriction on speech in the Perimeter areas of campus except in those areas identified above.[1]

Judgment is hereby entered in favor of plaintiff Students for Life USA and against defendants Tony G. Waldrop, John W. Smith and Michael A. Mitchell in their official capacities.

DONE this 14th day of March, 2016.

    s/ WILLIAM H. STEELE
    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The defendants are not enjoined from correcting the constitutional infirmities identified in the Court's previous orders or from thereafter enforcing such constitutional restrictions on the location of student speech.